UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD PERRY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:09CV1465 TCM |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED** that the instant petition for a writ of habeas corpus is **DISMISSED**, without prejudice, for petitioner's failure to file a show cause response in accordance with this Court's Order dated October 5, 2009 [Doc. #3]. *See* Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** that petitioner is **DENIED** a certificate of appealability if he appeals this order of dismissal.

Dated this 28th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE